Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal Case No.: 22-CR-329 (TJK) |
| JEREMY BERTINO | ) |

## WAIVER OF INDICTMENT

I, _____JEREMY BERTINO_____, the above-named defendant, who is accused of

18 U.S.C. § 2384: Seditious Conspiracy; 18 U.S.C. § 922(g)(1): Unlawful Possession of Firearm

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____October 6, 2022_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: 10/6/22
Timothy J. Kelly
United States District Judge