UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:22-cr-329 (TJK) |
| : | |
| **JEREMY BERTINO,** : | |
| : | |
| **Defendant.** : | |

### UNITED STATES' MOTION TO DISMISS INFORMATION WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the Information against the defendant with prejudice. On October 6, 2022, Bertino pleaded guilty to a two-count information: one count of seditious conspiracy in violation of 18 U.S.C. § 2384 related to the events at the U.S. Capitol on January 6, 2021, and one count of unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1) stemming from firearms identified during a search in March 2022. As part of his plea agreement, Bertino agreed to cooperate with the government's investigation.

In February 2023, Bertino testified over the course of five days in the trial of *United States v. Ethan Nordean, et al.*, 21-cr-175. Bertino's testimony provided substantial assistance in the prosecution, and the government was prepared to move the Court for a downward departure at sentencing under §5K1.1 in the U.S. Sentencing Guidelines.

1

In late 2024, the government and Bertino filed a joint status report with the Court that requested that the Court order a presentence report and set the matter for sentencing in February 2025 to allow time for the issuance of the presentence report. Bertino's case was still pending at the time that President Trump issued the Executive Order on January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021 (the "Executive Order"). Under the Executive Order, Bertino's sentence was commuted. As a result of the Executive Order and the procedural posture of this criminal case, Bertino must be sentenced before the commutation can take effect.

Given the unique posture of this matter, the government moves to dismiss the information with prejudice.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By:  /s/_____
JENNIFER LEIGH BLACKWELL
DC Bar No. 481097
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
jennifer.blackwell3@usdoj.gov
(202) 252-7068